```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                 SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

```
LESLIE JAMES,                    :
                                 :
     Plaintiff,                  :
                                 :
vs.                              :   CIVIL ACTION 08-0160-KD-M
                                 :
RICHARD ALLEN, et al.,           :
                                 :
     Defendants.                 :
```

ORDER

After hearing from counsel by telephone on February 12, 2009, Plaintiff was given until **February 20, 2009,** to file an amended complaint and Defendants were given until **March 20, 2009,** to supplement their previously-filed Special Reports and separate Answers, if necessary.  Ms. Parker stated that she has no objection to utilizing the Special Report procedure normally used in *pro se* prisoner litigation.

DONE this 17th day of February, 2009.

                              s/BERT W. MILLING, JR.
                              UNITED STATES MAGISTRATE JUDGE